**Jose Luis Cruz ALVAREZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73343.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 22, 2010.

Nicholas W. Marchi, Carney & Marchi, PS, Seattle, WA, for Petitioner.

Gregory Darrell Mack, Esquire, Senior Litigation Counsel, Oil, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, TALLMAN and BEA, Circuit Judges.

MEMORANDUM **

Petitioner Jose Luis Cruz Alvarez, a native and citizen of Mexico, petitions for review of a Board of Immigration Appeals order dismissing his appeal from an immigration judge's ("IJ") denial of a motion for continuance regarding his application for cancellation of removal. Our jurisdic-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tion is governed by 8 U.S.C. § 1252. We deny the petition for review.

The IJ did not abuse his discretion in denying Alvarez's motion for a continuance because Alvarez did not demonstrate good cause. 8 C.F.R. § 1003.29; *see Sandoval–Luna v. Mukasey*, 526 F.3d 1243, 1247 (9th Cir.2008) (reviewing for abuse of discretion).

**PETITION FOR REVIEW DENIED.**